1
2
3
4
5
6

Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney, No. 021175
Karen Stillwell, Assistant City Attorney, No. 022711
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov
*Attorney for Defendants City of Phoenix,*
*Officer Christopher Turiano, and Officer*
*William Gates*

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9
10
11
12
13
14
15
16
17
18
19

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>        Plaintiffs,<br><br>    vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates an Jane Doe Gates, husband and wife; Richard lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships I-X,<br><br>        Defendants. | No.<br><br>**PHOENIX DEFENDANTS' NOTICE OF FILING REMOVAL** |

20
21
22
23
24

    Defendants City of Phoenix, Officer Christopher Turiano, and Officer William

Gates ("Phoenix Defendants"), by and through undersigned counsel, and pursuant to 28

U.S.C. § 1441(a) and LRCiv 3.7, hereby notice the removal of the above referenced

action commenced and now pending in the Superior Court of the State of Arizona, in

1

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003–1611
(602) 262-6761

and for the County of Maricopa entitled *Susan Gellos, individually; Taryn Foster, individually, Plaintiff, vs. City of Phoenix, et. al., Defendants,* Civil Action No. CV2024-004703, and in support of removal asserts the following:

1.      Petitioners are Defendants in the Superior Court of the State of Arizona in and for the County of Maricopa under the caption *Susan Gellos, individually; Taryn Foster, individually, Plaintiff, vs. City of Phoenix, et. al., Defendants,* Civil Action No. CV2024-004703. Copies of the Complaint and all other documents previously filed in this matter are in Exhibit "A" of the Index filed simultaneously with this pleading.

2.      The first date upon which any Defendant received a copy of the Complaint was May 23, 2024, in which a copy was delivered to the Phoenix City Clerk.

3.      Upon information and belief, not all Defendants have been served with the Complaint.

4.      Plaintiffs have asserted claims of violation of his Civil Rights pursuant to 42 U.S.C. § 1983, including allegations of excessive use of force.

5.      This Notice of Removal is being filed within 30 days after service of the Complaint and is therefore timely under 28 U.S.C. § 1446(b).

6.      A Notice of Filing of Notice of Removal has been filed in the Arizona Superior Court, County of Maricopa, on behalf of Defendants. A true and correct copy of the Notice is in Exhibit "B" of the Index filed simultaneously with this pleading.

WHEREFORE, Phoenix Defendants respectfully request that the above action now pending in the Arizona Superior Court, Maricopa County, be removed to this Court.

///

1    DATED this 24th day of June, 2024.

2
                                    Office of the Phoenix City Attorney
3                                   Julie M. Kriegh, City Attorney

4
                                    By_____/s/ Karen Stillwell_____
5                                       Karen Stillwell
                                        Assistant City Attorney
6                                       *Attorneys for Defendants City of Phoenix,*
                                        *Officer Christopher Turiano, and Officer*
7                                       *William Gates*

8

9                        **CERTIFICATE OF SERVICE**

10
         I hereby certify that on June 24, 2024, I electronically transmitted the attached
11   document to the Clerk's Office using the CM/ECF System for filing and transmittal of a
     Notice of Electronic Filing was sent to the following CM/ECF registrants:
12

13   Sean A. Woods
     Mills and Woods Law PLLC
14   5055 North 12st Street, Suite 101
     Phoenix, Arizona 85014
15   Attorneys for Plaintiffs

16

17   By*:  /s/  M. Elena Sandoval_____*
     KLS:ca #2442012_1
18

19

20

21

22

23

24

                                      3

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

# Exhibit A

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470656

1  Sean A. Woods (Arizona Bar #028930)
2  Robert T. Mills (Arizona Bar #018853)
   **MILLS + WOODS LAW, PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.5169
   docket@millsandwoods.com
5  swoods@millsandwoods.com
6  *Attorneys for Plaintiffs*

7        **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

8            **IN AND FOR THE COUNTY OF MARICOPA**

9  SUSAN GELLOS, individually; TARYN          Case No:
   FOSTER, individually,                               **CV2024-004703**
10

11                    Plaintiffs,              **VERIFIED COMPLAINT**
      vs.
12
                                              **(JURY TRIAL DEMANDED)**
13  CITY OF PHOENIX, a governmental
    agency; CHRISTOPHER JOHN
14  TURIANO and JANE DOE TURIANO,
    husband and wife; WILLIAM GATES and
15  JANE DOE GATES, husband and wife;
    RICHARD LEE BRUNTON and JANE
16  DOE BRUNTON, husband and wife;
    JOHN AND JANE DOES I-X; ABC
17  CORPORATIONS I-X; XYZ
    PARTNERSHIPS I-X,
18

19
                    Defendants
20

21

22        Plaintiffs, by and through their attorneys, Mills + Woods Law, PLLC, for their

23  Complaint against the CITY OF PHOENIX, a governmental entity (the "City");

24  CHRISTOPHER JOHN TURIANO ("Turiano") and JANE DOE TURIANO, husband and

25  wife; WILLIAM GATES ("Gates") and JANE DOE GATES, husband and wife (the City,

26  Turiano, and Gates collectively "Phoenix Defendants"); RICHARD LEE BRUNTON

27  ("Brunton") and JANE DOE BRUNTON, husband and wife; JOHN AND JANE DOES I-

28  X; ABC CORPORATIONS I-X; and XYZ PARTNERSHIPS I-X, (collectively

*(vertical text, left margin)* MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

1  "Defendants"), hereby allege as follows:

## INTRODUCTION

This case arises out of the unlawful and wrongful use of excessive force by the Phoenix Police Department through the City of Phoenix, the officers, and individuals listed as defendants. Plaintiff Susan Gellos – a senior citizen – and Plaintiff Taryn Foster – a disabled individual – were wrongly and violently removed from the seats they paid for to the March 9, 2023 Jimmy Buffett Concert at the Footprint Center in downtown Phoenix Arizona. The Defendants' actions caused a closed fracture of Gellos' humerus in her right upper arm, tremendous pain and suffering to Gellos, psychological trauma that still exists to this day, and a lifetime of diminished capacity usage of her right arm. Furthermore, as Taryn was forced to watch these recklessly indifferent actions being taken on her mother, Taryn has also suffered psychological trauma and pain and suffering.

## JURISDICTION AND VENUE

1.    Pursuant to 42 U.S.C. §1983 *et seq.*, Plaintiffs bring this action for violations of the United States Constitution, including without limitation the Fourth and Fourteenth Amendments and Arizona common and statutory laws.

2.    The amount in controversy exceeds the minimal jurisdictional limits of this Court.

3.    Jurisdiction is proper pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1367(a).

4.    To the extent applicable, and without conceding that said statute applies, Plaintiffs have served their Notice of Claim upon Defendants in compliance with A.R.S. §12-821, *et seq.* More than sixty (60) days have expired since Plaintiffs served their Notice of Claim and Defendants have not responded in any manner to said Notice of Claim.

5.    Pursuant to Article 6, Section 14 of the Arizona Constitution, this court has original subject matter jurisdiction in this Complaint because the claims relate to causes of action, the underlying acts and/or omissions for which, at all times relevant, have caused the events alleged herein to occur with primary effect in Maricopa County, Arizona.

6.    Venue is proper pursuant to 28 U.S.C. § 1391(b) and in that the specific acts giving rise to the causes of action alleged herein occurred with primary effect in Maricopa

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

County, Arizona.

**<u>PARTIES</u>**

7.      The CITY OF PHOENIX is a governmental entity that acts by and through its officials, employees, and agents, including without limitation the Phoenix Police Department, and each of the other Defendants in this action except for Defendants RICHARD LEE BRUNTON and JANE DOE BRUNTON.

8.      Upon information and belief, CHRISTOPHER JOHN TURIANO and JANE DOE TURIANO, are husband and wife and at all material times were residents of Maricopa County, Arizona.

9.      CHRISTOPHER JOHN TURIANO is a Police Officer, employed by and is an agent of the City of Phoenix and the Phoenix Police Department, operating in his official and individual capacity in Maricopa County, Arizona.

10.      Upon information and belief, WILLIAM GATES and JANE DOE GATES, are husband and wife and at all material times were residents of Maricopa County, Arizona.

11.      WILLIAM GATES is a Police Officer, employed by and is an agent of the City of Phoenix and the Phoenix Police Department, operating in his official and individual capacity in Maricopa County, Arizona.

12.      Upon information and belief, RICHARD LEE BRUNTON and JANE DOE BRUNTON, are husband and wife and at all material times were residents of Maricopa County, Arizona.

13.      Defendants JANE DOE TURIANO, JANE DOE GATES, JANE DOE BRUNTON, and JOHN and JANE DOES I-X are included as Defendants because the Phoenix Defendants were acting for the benefit of their respective marital communities, if any, and therefore the respective marital communities, if any, are liable for their actions as set forth herein.

14.      The City of Phoenix is vicariously liable under the principle of *respondeat superior* for the actions and inactions of the employees of the Phoenix Police Department and its employees and any private contractors including those employees or contractors named as defendants in this action, as to any claims that are asserted by Plaintiff as a result

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

of violations of the Arizona Constitution and Arizona common law because, at all relevant times, Defendants were acting within the course and scope of their employment or contract with the City or entities privately contracted with the City.

15. For purposes of Plaintiffs' claims arising under Federal law, including without limitation the United States Constitution and 42 U.S.C. §1983 et seq., and as may be relevant to Plaintiff's state law claims, at all relevant times described herein, Defendants were acting under color of state law.

16. Defendants John and Jane Does I-X, ABC Corporations I-X, and XYZ Partnerships I-X are, and at all material times were persons, agents, servants, employees, corporations and /or business entities whose true names and identities are not known to Plaintiffs at the present time.

17. Plaintiffs allege, upon information and belief, that Defendants John and Jane Does I-X are citizens or residents of the State of Arizona.

18. Plaintiffs allege that Defendants ABC Corporations I-X, and XYZ Partnerships I-X are entities authorized to conduct business and are conducting business within Arizona.

## FACTUAL ALLEGATIONS

19. On March 9, 2023, Gellos and Foster were in attendance for the Jimmy Buffett concert at Footprint Center located at 201 E Jefferson St, Phoenix, AZ 85004.

20. While in line, Susan was singing Jimmy Buffett songs.

21. One of the other patrons in line made a rude comment to Gellos and Gellos asked her to mind her own business.

22. When Gellos told this unnamed patron to mind her own business, upon information and belief, the patron falsely reported that Gellos and Foster were fighting with them.

23. After entering Footprint, Footprint security approached Gellos and Foster and told them that they had reason to believe they were intoxicated.

24. Gellos and Foster said they were fine but would like a wheelchair for Foster and an escort to their seats.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

25.     This occurred.

26.     They were seated and the wheelchair was taken away.

27.     Approximately twenty (20) minutes passed and Gellos left to buy drinks for her and Foster.

28.     Gellos encountered one of the ladies who had previously made rude comments.

29.     Gellos ignored her and went back to her seats.

30.     About fifteen (15) minutes passed and an employee of Footprint came to Gellos and said that she had to leave but Foster could stay.

31.     Gellos and Foster were understandably taken aback by this and protested this command because they were there to enjoy the concert and had floor seats.

32.     Gellos and Foster were calm and said they did not want any drama.

33.     Security, including Brunton, refused to listen to Gellos and Foster.

34.     Footprint security, including Brunton, then grabbed Gellos by all four limbs and forcefully and indelicately carried her out of the seating areas of the arena.

35.     Brunton began violently swinging Gellos and wrenching her arm.

36.     It was at this time that Gellos began feeling extreme pain in her arms due to the reckless and grossly negligent nature of the fashion she was being carried by the security detail including Brunton.

37.     Gellos believed her arm had been broken.

38.     The security guards became frantic about their mistakes and took multiple pictures.

39.     Shortly thereafter, the security detail met with Phoenix Police officer Turiano and Gates.

40.     Brunton had Gellos' arm locked behind her and pushed her into the elevator.

41.     Turiano then put Gellos into an armlock on her right arm.

42.     The pain became unbearable and Gellos attempted to position her body in a position to relieve the pain in her arm.

43.     The Defendants responded with even more force – so much so that they

5

1   contributed to Gellos' injuries – making them worse.

2       44.     Brunton and Turiano all participated in the reckless activities leading to

3   Gellos' injuries.

4       45.     Gates failed to intervene to stop the recklessly indifferent actions of a citizen

5   and fellow officer.

6       46.     In their police reports, Gates and Turiano claim that Gellos was a danger to

7   them and somehow caused them harm – so much so that breaking her arm in half was

8   justified.

9       47.     The level of force used against a small senior citizen woman was grossly

10  negligent and recklessly indifferent to Gellos' person.

11      48.     She was dwarfed by the officers.

12      49.     Again, the force applied by the Defendants was such that it snapped her arm

13  in half.

14      50.     The pain created by such force necessarily created involuntary movements

15  by Gellos.

16      51.     Gellos never intended to resist anything nor did she.

17      52.     Her body merely reacted to the extreme pain created by the Defendants.

18      53.     Any contact by Gellos' body with any of the Defendants was unintentional

19  and due to this agonizing pain.

20      54.     Gellos' daughter was forced to watch the torture inflicted on her mother.

21      55.     If not for the egregious and grossly negligent actions of the Defendants,

22  Gellos would remain healthy and would have avoided injury at their hands.

23      56.     Foster would not have been subjected to watching her mother be cruelly and

24  maliciously attacked.

25      57.     Foster was so shocked that she could no longer stand nor walk.

26      58.     She needed a wheelchair to continue.

27      59.     It shocks the conscience that Foster was forced to watch these events.

28      60.     It shocks the conscience that Gellos was forced to endure pain and brutal

attacks that eventually snapped her arm in half.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

6

61.     It should be noted that the events described in the Police Reports obtained are disputed by Gellos and Foster.

## COUNT I
## GROSS NEGLIGENCE
### *(Phoenix Defendants)*

62.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

63.     Under Arizona Revised Statute § 12-820.02(A) a public employee acting within the scope of the public employee's employment can be liable for damages and injuries if the employee was grossly negligent.

64.     The Phoenix Defendants' actions were willful and wanton with reckless indifference to Gellos' life and safety.

65.     The Phoenix Defendants' actions created an unreasonable risk of harm to Gellos and that risk was so great that it was highly probable that harm would have resulted.

66.     Defendants systematically and repeatedly acted with reckless indifference towards Gellos' life and safety, including their acts and omissions set forth above, resulting in the severe and debilitating injuries to Gellos.

67.     Defendant City of Phoenix is vicariously liable under *respondeat superior* for the actions of any employee, agent, or servant of the City of Phoenix, including that of the other named Defendants in this case.

68.     Defendant Turiano was grossly negligent and acted with reckless indifference to Gellos' life and safety by using excessive force objectively unreasonable under the totality of the circumstances.

69.     The remaining Phoenix Defendant Gates breached the standard of care by failing to intercede or intervene to prevent their fellow officers from using unwarranted, reckless force with wanton disregard to the preservation of life.

70.     The Phoenix Defendants, while acting as agents and employees for the Phoenix Police Department, owed a duty to Gellos to perform their responsibilities as officers of the law without reckless indifference to Gellos' life and safety.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

71.     The Phoenix Defendants, while acting as agents and employees for Phoenix Police Department, owed a duty to Gellos to act objectively reasonably and without reckless indifference to Gellos' life and safety.

72.     The Phoenix Defendants' use of excessive force upon Gellos constitutes reckless indifference to Gellos' life and safety and gross negligence for which the Phoenix Defendants are individually liable.

73.     The Phoenix Defendants' conduct, in not using other less restrictive means that were readily available, constitutes gross negligence for which the Phoenix Defendants are individually liable.

74.     In taking the actions as described above, the Phoenix Defendants breached their duty to refrain from such unreasonable and recklessly indifferent conduct.

75.     As a direct and proximate result of Defendants' breach, Gellos sustained severe and permanent injuries, suffered extreme pain and suffering, lessened her ability to have and maintain meaningful familial relationships, and lessened her ability to provide for her daughter, Foster.

76.     Defendants' acts and omissions set forth above, also demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Gellos and a high probability that substantial harm would result.

## COUNT II
## NEGLIGENCE
### *(Brunton and JOHN and JANE DOES I-X)*

77.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

78.     Brunton and John and Jane Does I-X were security guards employed at the Footprint Center at the time of the Jimmy Buffett concert on March 9, 2023.

79.     Brunton and John and Jane Does I-X took it upon themselves to accost Gellos and Foster and gain control over their physical bodies.

80.     At that point, a duty was created for Brunton and John and Jane Does I-X to

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

act reasonably and not cause harm to Gellos or Foster.

81.   Brunton and John and Jane Does I-X breached that duty.

82.   Through their actions, Brunton and John and Jane Does I-X actually caused harm to Gellos and Foster.

83.   Gellos' and Foster's injuries were a foreseeable result of Brunton's and John and Jane Does I-X's actions.

84.   Their actions were the proximate cause of the harm Gellos and Foster sustained.

85.   The harm resulted in economic and physical damages to Gellos and Foster.

86.   Their conduct was willful and wanton sufficient enough to warrant punitive damages.

## COUNT III

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

### *(All Defendants)*

87.   Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

88.   The Defendants' intentional, willful, and wanton actions as alleged herein caused Gellos emotional distress.

89.   Gellos suffered severe emotional distress which has physically manifested in weight loss, nightmares, and behavioral changes, all of which were nonexistent before the Jimmy Buffett concert.

90.   Gellos has suffered damages in an amount to be proven at trial as a result.

## COUNT IV

## NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

### *(All Defendants)*

91.   Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

92.   The Defendants' negligence and intentional, willful, and wanton actions as alleged herein caused Foster – Gellos' daughter - emotional distress.

MILLS + WOODS LAW PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

93.     Foster suffered severe emotional distress which has physically manifested in weight loss, nightmares, and behavioral changes, all of which were nonexistent before the Jimmy Buffett concert.

94.     Foster has suffered damages in an amount to be proven at trial as a result.

## COUNT V

## ASSAULT AND BATTERY

### *(All Defendants)*

95.     Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

96.     The Defendants intentionally used excessive force that ended up breaking Gellos' arm.

97.     This conduct caused harmful or offensive contact with Gellos.

98.     As a direct and proximate result of this harmful or offensive contact, Gellos was injured.

99.     The Defendants' acts constitute assault and battery upon Gellos in that the above-described bodily contact was intentional, unauthorized, or grossly offensive in nature.

100.    The acts and omissions of the Offenders were intentional, negligent, reckless, and unwarranted, and without any just cause or provocation.

101.    As a result, Gellos has sustained damages in an amount to be proven at trial.

## COUNT VI

## EXCESSIVE FORCE IN VIOLATION OF THE FOURTEENTH AMENDMENT AND 42 U.S.C. § 1983

### *(Phoenix Defendants)*

102.    Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

103.    42 U.S.C. § 1983 provides individuals with a cause of action to sue for violations of his or her constitutional rights. The 14th Amendment protects individuals from constitutional violations of State and local authorities. As incorporated by the 14th

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

10

Amendment, the 4th Amendment protects individuals from the use of excessive force by law enforcement officers. The Defendants, while acting in their official capacity and individual capacities and under the color of law, violated Plaintiffs' rights to freedom from unreasonable seizures.

104.    The Phoenix Defendants acted willfully, knowingly, and with specific intent to deprive Plaintiffs of their rights under the Fourteenth Amendment of the United States Constitution, including their right to be secure in their person and free from the use of unreasonable force and seizure.

105.    The Phoenix Defendants acted unreasonably by using unnecessarily excessive force as described herein.

106.    Gellos was not resisting arrest.

107.    Gellos was unarmed.

108.    Gellos did not present a danger to herself or the community.

109.    As discussed herein, Gellos, a woman, is a senior citizen and was much smaller than the Phoenix Defendants.

110.    Despite the clear evidence that Gellos was unarmed, not a danger to self or community, and not resisting arrest, the Phoenix Defendants used excessive force which was objectively unreasonable under the totality of the circumstances, and which caused Gellos' right humerus to snap.

111.    Gates failed to intercede or intervene to prevent his fellow officers from using unwarranted, reckless force with wanton disregard to the preservation of life.

112.    Gellos' injuries were the direct result of the Phoenix Defendants' actions and inactions.

113.    Additionally, the acts of the Phoenix Defendants and their employees and agents, as set forth above, demonstrate gross and wanton negligence in that each of them knew or had reason to know that their acts individually and collectively created an unreasonable risk of bodily harm to Gellos and a high probability that substantial harm would result.

114.    In causing the painful and barbaric injuries, the Phoenix Defendants and their

11

employees and agents acted with an evil mind and a malignant heart warranting an award of punitive damages.

## COUNT VII

## DUTY AND FAILURE TO INTERVENE

### *(Gates)*

115.    Plaintiffs incorporate the allegations in the foregoing paragraphs as though fully set forth herein.

116.    "[P]olice officers have a duty to intercede when their fellow officers violate the constitutional rights of a suspect or other citizen." *Cunningham,* 229 F.3d at 1289 (quotations omitted) (quoting *United States v. Koon*, 34 F.3d 1416, 1447, n.25 (9th Cir. 1994)). "Importantly, however, officers can be held liable for failing to intercede only if they had an opportunity to intercede." *Id.* (citation omitted).

117.    Law enforcement officers who have a realistic opportunity to prevent a fellow officer from violating a citizen's Constitutional rights have a duty to intervene to protect the victim from the unconstitutional retaliation, use of force or violation of due process of law.

118.    As set forth herein, at no time did Gates make any affirmative step to intervene to protect Plaintiffs' Constitutional rights.

119.    The acts and/or omissions of Gates were willful, wanton, reckless, malicious, oppressive and/or done with a conscious or reckless disregard for the rights of Plaintiffs.

120.    Plaintiffs, therefore, prays for an award of punitive and exemplary damages against these individual defendants in an amount to be determined according to proof.

121.    Plaintiffs suffered damages as a direct and proximate result of the illegal acts of the Gates in failing to intervene.

## JURY TRIAL DEMAND

122.    Plaintiffs hereby demand a jury trial in this matter as to all claims and against all Defendants.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

## PRAYER FOR RELIEF

**WHEREFORE,** Plaintiffs requests that the Court enter judgment against the Defendants and in favor of the Plaintiffs, as follows:

a) For compensatory, general and special damages against each and every Defendant, jointly and severally, in an amount to be proven at trial;

b) For all other non-pecuniary damages as to be proven at trial;

c) For punitive and exemplary damages against Defendants in an amount appropriate to punish the wrongful conduct alleged herein and to deter such conduct in the future;

d) For pre-and post-judgment interest to the extent provided by law;

e) For Plaintiffs' incurred costs, including all incurred attorneys' fees and court costs, pursuant to 42 U.S.C. §1988 and as otherwise authorized by any other statute or law; and

f) For such other relief as this Court may deem proper.

**RESPECTFULLY SUBMITTED** this 8th day of March 2024.

**MILLS + WOODS LAW, PLLC**

By___/s/ Sean A. Woods_____
Error! Reference source not found.
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

**ORIGINAL** filed this 8th day of March 2024
via AZTurboCourt with the Clerk of the
Maricopa County Superior Court.

___/s/ Ben Dangerfield_____

13

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

## <u>VERIFICATION</u>

Susan Gellos and Taryn Foster declare as follows:

We are the Plaintiffs in the foregoing Verified Complaint and know the contents thereof. We declare, under penalty of perjury, that the allegations contained therein are true and correct to the best of our knowledge, except those made upon information and belief, and as to those, we believe them to be true.

**EXECUTED** Mar 8, 2024



Susan Kay Gellos (Mar 8, 2024 17:05 MST)

Susan Gellos

_____

Taryn Foster

14

## <u>VERIFICATION</u>

Susan Gellos and Taryn Foster declare as follows:

We are the Plaintiffs in the foregoing Verified Complaint and know the contents thereof.  We declare, under penalty of perjury, that the allegations contained therein are true and correct to the best of our knowledge, except those made upon information and belief, and as to those, we believe them to be true.

**EXECUTED** <u>Mar 8, 2024</u>

_____
Susan Gellos

*Taryn Ford*
_____
Taryn Foster

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
Telephone: 480.999.4556

14

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470657

**Plaintiff's Attorneys:**
Sean A. Woods - Primary Attorney
Bar Number: 028930, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
5055 N. 12th St. Suite 101
Phoenix, AZ 85014
Telephone Number: (480)999-4556
Email address: swoods@millsandwoods.com

CV2024-004703

Robert T. Mills
Bar Number: 018853, issuing State: AZ
Law Firm: Mills + Woods Law, PLLC
Telephone Number: (480)999-4556

**Plaintiffs:**
Susan Gellos

Taryn Foster

**Defendants:**
City of Phoenix

Christopher John Turiano

Jane Doe Turiano

William Gates

Jane Doe Gates

Richard Lee Brunton

Jane Doe Brunton

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Negligence

AZTurboCourt.gov Form Set #8609670

AZTurboCourt.gov Form Set #8609870

Civil Cover Sheet
Page 2 of 2

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470658

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ☐ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.
City of Phoenix, et al.
Defendant(s).

Case No.  **CV2024-004703**

**CERTIFICATE OF
COMPULSORY ARBITRATION**

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.

RESPECTFULLY SUBMITTED this

By: Sean A. Woods /s/
Plaintiff/Attorney for Plaintiff

AZturboCourt.gov Form Set #8809670

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470659

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Susan Gellos, et al.<br>Plaintiff(s),<br>v.<br>City of Phoenix, et al.<br>Defendant(s). | Case No. **CV2024-004703**<br><br>**SUMMONS** |

To: City of Phoenix

## WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470660

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.                                          Case No.  **CV2024-004703**
City of Phoenix, et al.
Defendant(s).                               **SUMMONS**

To: Christopher John Turiano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
    served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an
    Answer in writing with the Court, and you must pay the required filing fee. To file your
    Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
    Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
    approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
    of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents
    in this case.

3.  If this Summons and the other court papers were served on you within the State of
    Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
    date of service, not counting the day of service. If this Summons and the other court papers
    were served on you outside the State of Arizona, your Answer must be filed within
    THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
    service.

AZturboCourt.gov Form Set #8909870

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #8909870

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470661

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Susan Gellos, et al.<br>Plaintiff(s),<br>v.<br>City of Phoenix, et al.<br>Defendant(s). | Case No.  CV2024-004703<br><br>**SUMMONS** |

To: Jane Doe Turiano

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #8809870

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470662

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.
City of Phoenix, et al.
Defendant(s).

Case No.  **CV2024-004703**

**SUMMONS**

To: William Gates

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1.  A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2.  If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
    Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
    Note: If you do not file electronically you will not have electronic access to the documents in this case.

3.  If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set 88005870

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #8809870

2

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470663

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.
City of Phoenix, et al.
Defendant(s).

Case No.  **CV2024-004703**

**SUMMONS**

To: Jane Doe Gates

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZTurboCourt.gov Form Set #8809870

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470664

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.                                          Case No. **CV2024-004703**
City of Phoenix, et al.
Defendant(s).                               **SUMMONS**

To: Richard Lee Brunton

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZturboCourt.gov Form Set #8609670

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
M. Farrow, Deputy
3/8/2024 5:36:18 PM
Filing ID 17470665

Person/Attorney Filing: Sean A. Woods
Mailing Address: 5055 N. 12th St. Suite 101
City, State, Zip Code: Phoenix, AZ 85014
Phone Number: (480)999-4556
E-Mail Address: swoods@millsandwoods.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 028930, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Susan Gellos, et al.
Plaintiff(s),
v.
City of Phoenix, et al.
Defendant(s).

Case No.  **CV2024-004703**

**SUMMONS**

To: Jane Doe Brunton

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZTurboCourt.gov Form Set #8009570

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *March 08, 2024*

*JEFF FINE*
Clerk of Superior Court

By: *M. FARROW*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

2



**Office Distribution**

# SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

**FILED**
05/15/2024
by Superior Court Admin
on behalf of Clerk of the
Superior Court

05/11/2024

COURT ADMINISTRATION

Ct. Admin
Deputy

**Case Number:** CV2024-004703

**Susan Gellos**

**V.**

**City Of Phoenix**

---

The Judge assigned to this action is the Honorable Michael D Gordon

### NOTICE OF INTENT TO DISMISS FOR LACK OF SERVICE

You are hereby notified that the complaint filed on 03/08/2024 is subject to dismissal pursuant to Rule 4 (i) of the Arizona Rules of Civil Procedure. The deadline for completing service is 06/06/2024. If the time for completing service has not been extended by the court and no defendants have been served by this date, the case will be dismissed without prejudice.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at www.azturbocourt.gov.

## Superior Court of Maricopa County - integrated Court Information System
### Endorsee Party Listing
Case Number: CV2024-004703

| Party Name | Attorney Name | |
|---|---|---|
| Susan Gellos | Sean Woods | Bar ID: 028930 |
| Taryn Foster | Sean Woods | Bar ID: 028930 |

CLERK OF THE
SUPERIOR COURT
FILED
T. GARVEY, DEP

2024 MAY 28  PM 3: 17

1 | T. Scott Legal Support Services
Gary Steiner  ID#  MC 7767
2 | (480) 227-7297
Tscottlegal2007@aol.com
3

4 | ### SUPERIOR COURT OF ARIZONA
### MARICOPA COUNTY
5

6 | In re the matter of:                          )
                                               )
7 | SUSAN GELLOS, et al.,                        )
                                               )        Case No: CV2024-004703
8 |                                              )
                                               )        **CERTIFICATE OF SERVICE**
9 |        Plaintiff(s),                         )
                                               )
10 | v.                                          )
                                               )
11 | CITY OF PHOENIX, et al,                     )
                                               )
12 |        Defendant(s).                        )
                                               )
13 | _____         )

14 |  1.     I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15 |         Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I

16 |         received: Summons, Complaint, Certificate Of Compulsory Arbitration and a Verified

17 |         Complaint from The Plaintiff(s).

18 |  2.     I then proceeded to successfully serve the above described documents on the City of

19 |         Phoenix at 200 W. Washington Ave., 15th Floor, Phoenix, Arizona on May 23, 2024 at

20 |         approximately 2:52 pm. I verified Frances Dent, Special Deputy City Clerk, could accept

21 |         service and served her.

22 |  3.     This is considered to be personal service.

23 |  4.     The fee I charged for this service was $85.

24 | I declare under the penalty of perjury that the foregoing is true and correct

25 |

26 |                                              5/28/24

27 | Gary Steiner                                 Date

28 |                          Page 1

29 |

CLERK OF THE SUPERIOR COURT
FILED

5/31/24   4:05PM

G. Atkins, Deputy

1  T. Scott Legal Support Services
2  Gary Steiner  ID# MC 7767
   (480) 227-7297
3  Tscottlegal2007@aol.com

4                    **SUPERIOR COURT OF ARIZONA**
5                          **MARICOPA COUNTY**

6  In re the matter of:                    )
                                           )
7  SUSAN GELLOS, et al.,                   )
                                           )        Case No: CV2024-004703
8                                          )
                                           )
9        Plaintiff(s),                     )        **CERTIFICATE OF SERVICE**
                                           )
10 v.                                      )
                                           )
11 CITY OF PHOENIX, et al,                 )
                                           )
12                                         )
         Defendant(s).                     )
13 _____ )

14    1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15          Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I

16          received: Summons, Complaint, Certificate Of Compulsory Arbitration and a Verified

17          Complaint from The Plaintiff(s).

18    2.    I then proceeded to successfully serve the above described documents on Richard Lee

19          Brunton at                                on May 30, 2024 at approximately 8:55 pm. I

20          knocked and Richard answered. I then verbally identified and served him. He is not married.

21    3.    This is considered to be personal service.

22    4.    The fee I charged for this service was $125.

23    I declare under the penalty of perjury that the foregoing is true and correct

24                                                        5/31/24

25    Gary Steiner                                       Date

26

27

28                                   Page 1

29



CLERK OF THE
SUPERIOR COURT
FILED
T. BLAND, DEP
2024 JUN -5 PM 1: 14

T. Scott Legal Support Services
Gary Steiner ID# MC 7767
(480) 227-7297
Tscottlegal2007@aol.com

## SUPERIOR COURT OF ARIZONA
## MARICOPA COUNTY

In re the matter of:                    )
                                        )
SUSAN GELLOS, et al.,                   )
                                        )        Case No: CV2024-004703
                                        )
        Plaintiff(s),                   )        **CERTIFICATE OF SERVICE**
                                        )
v.                                      )
                                        )
CITY OF PHOENIX, et al,                 )
                                        )
        Defendant(s).                   )
_____)

1.    I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to
      Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I
      received; Summons, Complaint, Certificate Of Compulsory Arbitration and a Verified
      Complaint from The Plaintiff(s).

2.    I then proceeded to successfully serve the above described documents on Christopher John
      Turiano at ███████████████████ Arizona on June 4, 2024 at approximately 3:05 pm. I
      knocked on the door inside the garage structure and asked for Christopher Turiano. When he
      came to the door I then verbally identified and served him.

3.    This is considered to be personal service.

4.    The fee I charged for this service was $55.

I declare under the penalty of perjury that the foregoing is true and correct

Gary Steiner                                     6|5|24
                                                 Date

Page 1



CLERK OF THE
SUPERIOR COURT
FILED
T. BLAND, DEP

2024 JUN -5 PM 1: 18

1   T. Scott Legal Support Services
    Gary Steiner  ID# MC 7767
2   (480) 227-7297
    Tscottlegal2007@aol.com
3

4                   **SUPERIOR COURT OF ARIZONA**
                         **MARICOPA COUNTY**
5

6   In re the matter of:                    )
                                            )
7   SUSAN GELLOS, et al.,                   )
                                            )       Case No: CV2024-004703
8                                           )
                                            )
9          Plaintiff(s),                    )       **CERTIFICATE OF SERVICE**
                                            )
10  v.                                      )
                                            )
11  CITY OF PHOENIX, et al,                 )
                                            )
12         Defendant(s).                    )
                                            )
13  _____    )

14  1.   I, Gary Steiner, swear that I am currently registered as a Private Process Server pursuant to

15       Rule 4(c) of the Arizona Rules of Civil Procedure. I further swear that on May 23, 2024, I

16       received: Summons, Complaint, Certificate Of Compulsory Arbitration and a Verified

17       Complaint from The Plaintiff(s).

18  2.   I then proceeded to successfully serve the above described documents on William Gates at

19       ████████████████████ Arizona on June 4, 2024 at approximately 3:05 pm. I knocked on

20       the door inside the garage structure and asked for William Gates. When he came to the door

21       I then verbally identified and served him.

22  3.   This is considered to be personal service.

23  4.   The fee I charged for this service was $55.

24  I declare under the penalty of perjury that the foregoing is true and correct

25                                                        6|5|24

26  _____                        _____
    Gary Steiner                                         Date
27

28                                  Page 1

29

# Exhibit B

Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney, No. 021175
Karen Stillwell, Assistant City Attorney, No. 022711
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov
*Attorney for Defendants City of Phoenix*
*Officer Christopher Turiano, and Officer*
*William Gates*

**IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually, <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates an Jane Doe Gates, husband and wife; Richard lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships I-X, <br><br> Defendants. | Case No. CV2024-004703 <br><br> **PHOENIX DEFENDANTS' NOTICE OF FILING NOTICE OF REMOVAL** <br><br> (Assigned to the Honorable Michael Gordon) |

Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants"), by and through undersigned counsel, and pursuant to 28 U.S.C. §1441, et seq., hereby notify this Court that they have filed a Notice of Removal of this action to the United States District Court for the District of Arizona.

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

A copy of the Notice of Removal filed June 24, 2024, is attached as Exhibit "A".

DATED this 24th day of June, 2024.

Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney


By _____/s/_____Karen Stillwell_____
   Karen Stillwell
   Assistant City Attorney
   *Attorneys for Defendants City of Phoenix,*
   *Officer Christopher Turiano, and Officer*
   *William Gates*

Original of the foregoing electronically
filed and COPY electronically served on
June 24, 2024, to:

Sean A. Woods
Mills and Woods Law PLLC
5055 North 12st Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

By*: /s/   M. Elena Sandoval*
KLS:ca #2442006_1

*(sidebar, left margin)* OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

2