**SUPPLEMENTAL CIVIL COVER SHEET**
**FOR CASES REMOVED FROM ANOTHER JURISDICTION**

This form must be attached to the Civil Cover Sheet at the time
the case is filed in the United States District Clerk's Office

Additional sheets may be used as necessary.

**1.  Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counterclaimant(s), Crossclaimant(s) and Third Party Claimant(s) still remaining in the case and indicate their party type. Also, please list the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| Susan Gellos and Taryn Foster | Plaintiffs | Sean A. Woods<br>Mills & Woods Law, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, AZ  85014<br>480-999-5169 |
| City of Phoenix, a governmental agency; Christopher John Turiano; William Gates | Defendants | Karen Stillwell, Assistant City Attorney<br>Office of the Phoenix City Attorney<br>200 West Washington Street, Suite 1300<br>Phoenix, AZ  85003<br>602-262-6761 |
| Richard Lee Brunton | Defendant | Unknown |

**2.  Jury Demand:**
Was a Jury Demand made in another jurisdiction?    Yes  ●      No  ○
If "Yes," by which party and on what date?
Plaintiffs                                                                                                   03/08/2024

**3.  Answer:**
Was an Answer made in another jurisdiction?    Yes  ○      No  ●
If "Yes," by which party and on what date?

4. **Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| City of Phoenix | 5-23-2024 | Phoenix City Clerk |
| Christopher Turiano | 6-4-2024 | Process Server |
| William Gates<br>Richard Lee Brunton | 6-4-2024<br>5-30-2024 | Process Server<br>Process Server |

5. **Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
|  |  |
|  |  |
|  |  |

6. **Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers from another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
|  |  |
|  |  |
|  |  |

7. **Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| Plaintiffs | Gross Negligence (Phoenix Defendants); Negligence (Brunton); Intentional Infliction of Emotional Distress (All Defendants); |
|  | Negligent Infliction of Emotional Distress (All Defendants); Assault and Battery (All Defendants); Excessive Force in Violation of the 14th and 4th |
|  | Amendment and 42 U.S.C. Section 1983 (Phoenix Defendants); Duty and Failure to Intervene (Gates) |

**Pursuant to 28 USC § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**