Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney, No. 021175
Karen Stillwell, Assistant City Attorney, No. 022711
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov
*Attorney for Defendants City of Phoenix,*
*Officer Christopher Turiano, and Officer*
*William Gates*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE FOR PHOENIX DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

Plaintiffs Susan Gellos and Taryn Foster ("Plaintiffs") and Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants"), by and through their respective counsel, hereby stipulate to extend the deadline for Phoenix Defendants to file a responsive pleading to Plaintiffs' Complaint up to and including and including July 22, 2024. For the Court's convenience, a proposed form of Order is lodged herewith.

/ / /

/ / /

DATED this 28TH day of June, 2024.

                         Mills and Woods Law PLLC

                         By      */Sean Woods (w/permission)*
                               Sean Woods
                               *Attorney for Plaintiff*

                        Office of the Phoenix City Attorney
                        Julie M. Kriegh, City Attorney

                        By      */s/ Karen Stillwell*
                               Karen Stillwell
                               Assistant City Attorney
                               *Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Sean A. Woods
Mills and Woods Law PLLC
5055 North 12st Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

By*:      /s/  Carol Aparicio*
KLS:ca #2445003_1.DOC

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761