# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' and Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates' ("Phoenix Defendants") Stipulation to Extend Deadline to File Responsive Pleading to Plaintiffs' Complaint (Doc. 4).

**IT IS ORDERED** granting the parties' Stipulation to Extend Deadline for Phoenix Defendants to File Responsive Pleading to Plaintiffs' Complaint (Doc. 4).

**IT IS FURTHER ORDERED** that Phoenix Defendants shall have until **July 22, 2024**, to file their responsive pleading to Plaintiffs' Complaint.

Dated this 1st day of July, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge