# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER TO SHOW CAUSE** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court notes that the Complaint in this matter was filed in Maricopa County Superior Court on March 8, 2024, and it appears that service was effected upon Defendant Richard Lee Brunton on May 30, 20204. (Doc. 1, p. 40). The Phoenix Defendants removed this case from Maricopa County Superior Court to this Court on June 24, 2024.

Pursuant to Fed. Civ. R. 81(c)(2), Defendant Brunton's responsive pleading was due 21 days after being served or 7 days after the notice of removal was filed, whichever is the longest of these periods. To date, no answer has been filed and no default has been entered.

**IT IS ORDERED** that Plaintiff show cause no later than **July 10, 2024**, as to why this action should not be dismissed as to Defendant Richard Lee Brunton only for failure to prosecute, unless before then default has been entered or a responsive pleading has been filed.

/ / /

/ / /

/ / /

**IT IS FURTHER ORDERED** if Plaintiff fails to comply with this order, the Clerk of Court shall dismiss this action as to Defendant Richard Lee Brunton only on **July 11, 2024**, for Plaintiff's lack of prosecution pursuant to Rule 41(b), Fed. R. Civ. P., and LRCiv 41.1.

Dated this 2nd day of July, 2024.

_____
G. Murray Snow
Chief United States District Judge