Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**[PROPOSED] ENTRY OF DEFAULT AGAINST DEFENDANT RICHARD LEE BRUNTON**<br><br>(Assigned to the Honorable G. Murray Snow) |

In this cause, Defendant Richard Lee Brunton has been regularly served with process, as appears from the record and papers on file, and has failed to answer Plaintiffs' Complaint within the time allowed by law. The time for answering has expired. Now, on application of Sean A. Woods, attorney for Plaintiffs, the default of Defendant Richard Lee Brunton is entered in this action.

_____
Deputy Clerk