Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**PLAINTIFFS' RESPONSE TO ORDER TO SHOW CAUSE**<br><br>(Assigned to the Honorable G. Murray Snow) |

Through undersigned counsel and pursuant to the Court's Order to Show Cause filed July 2, 2024, ECF No. 6 (the "Order"), Plaintiffs Susan Gellos and Taryn Foster (collectively, "Plaintiffs") hereby respond to the Order and show cause why Defendant Richard Lee Brunton ("Defendant") should not be dismissed from this action.

Defendant was served with the Complaint on May 30, 2024. Phoenix Dfs.' Notice Filing Removal at 40, ECF No. 1. Certain Defendants removed this action to this Court on June 24, 2024. *Id.* at 1. Defendant had seven (7) days from the filing of the Notice of Removal to answer or otherwise respond to the Complaint, or no later than July 1, 2024.

Defendant failed to answer or otherwise respond.  The very next day – July 2, 2024 – the Court issued the Order.

Plaintiffs did not immediately apply to default Defendant because, in the week since Defendant's deadline to answer expired, Plaintiffs' counsel was in communication with counsel for the employer that employed Defendant regarding whether or not said counsel or otherwise would be representing Defendant.  Said counsel requested permission to extend Defendant's answer deadline, but Plaintiffs' counsel informed them Plaintiffs could not agree to extend the answer deadline unless said counsel first noticed in for Defendant, which to date has not occurred, and that Plaintiff would wait to file any default until the week of July 8, 2024.  As a consequence, Plaintiffs did not apply for the entry of default of Defendant until July 9, 2024, one (1) day before their deadline to file this Response.  *See* Pls.' Request Entry Default Richard Lee Brunton, ECF No. 7.

Plaintiffs submit that, in light of all of the foregoing, more than sufficient good cause exists not to dismiss Defendant from this action on grounds of lack of prosecution.

**RESPECTFULLY SUBMITTED** this 10th day of July 2024.

                                        **MILLS + WOODS LAW, PLLC**

                                        By   */s/ Sean A. Woods*
                                                Robert T. Mills
                                                Sean A. Woods
                                                5055 North 12th Street, Suite 101
                                                Phoenix, AZ 85014
                                                *Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Karen Johnson Stillwell
karen.stillwell@phoenix.gov
lisa.danczewski@phoenix.gov
**OFFICE OF THE PHOENIX CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003-1611
*Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

    /s/ Ben Dangerfield

3