# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | NO. CV-24-01529-PHX-GMS |
| Plaintiffs, | |
| v. | **CLERK'S ENTRY OF DEFAULT** |
| City of Phoenix, et al., | |
| Defendants. | |

Pursuant to Rule 55(a) of the Federal Rules of Civil Procedure and upon application by the Plaintiff, default is hereby entered against Defendant Richard Lee Brunton.

DEFAULT ENTERED this 10th day of July, 2024.

Debra D. Lucas
District Court Executive/Clerk of Court

July 10, 2024

By  s/ D. Draper
    Deputy Clerk
