# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Response to Order to Show Cause (Doc. 8).

Good cause appearing,

**IT IS ORDERED** discharging the Court's July 2, 2024 Order to Show Cause (Doc. 6).

Dated this 10th day of July, 2024.

*G. Murray Snow*
G. Murray Snow
Chief United States District Judge