**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER TO EXTEND DATE FOR PHOENIX DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court having considered the parties Stipulation to Extend Deadline for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants") to File a Responsive Pleading to Plaintiffs' Complaint, Plaintiffs' indication of a forthcoming Amended Complaint, and good cause appearing,

IT IS HEREBY ORDERED that Phoenix Defendants shall have until August 5, 2024, to file their responsive pleading to Plaintiffs' Complaint.