Robert B. Zelms, Arizona Bar No. 018956
*rzelms@zelmserlich.com*
Fatima Badreddine, Arizona Bar No. 030402
*fatima@zelmserlich.com*
**ZELMS ERLICH LENKOV & MACK**
5415 E. High Street, Suite 425
Phoenix, Arizona 85054
Phone: (480) 608-2114

*Attorneys for Defendants Richard Lee Brunton and Jane Doe Brunton*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>        Plaintiff,<br><br>v.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>        Defendants. | Case No.  CV-24-01529-PHX-GMS<br><br>**ORDER**<br><br>(Honorable G. Murray Snow) |

Pursuant to Defendant Richard Lee Brunton's Motion to Set Aside Clerk's Entry of Default (Doc. __),

**IT IS HEREBY ORDERED** granting Defendant's Motion.  Defendant shall have seven (7) days from the date of this Order to submit a response to the Complaint.

4821-4044-4640.1                                    1