# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., <br>     Plaintiffs, <br> v. <br> City of Phoenix, et al., <br>     Defendants. | No. CV-24-01529-PHX-GMS <br><br> **ORDER** |

The Court having considered the parties' Stipulation to Extend Deadline for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants") to File a Responsive Pleading to Plaintiffs' Complaint (Doc. 11), Plaintiffs indication that an Amended Complaint is forthcoming, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadline (Doc. 11).  The Phoenix Defendants shall have until **August 5, 2024**, in which to file their responsive pleading to Plaintiffs' Complaint.

Dated this 23rd day of July, 2024.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge