Office of the Phoenix City Attorney
Julie M. Kriegh, City Attorney, No. 021175
Karen Stillwell, Assistant City Attorney, No. 022711
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov
*Attorney for Defendants City of Phoenix,*
*Officer Christopher Turiano, and Officer*
*William Gates*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of Phoenix, et al., <br><br> Defendants. | No. CV-24-01529-PHX-GMS <br><br> **(THIRD) STIPULATION TO EXTEND DEADLINE FOR PHOENIX DEFENDANTS TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT** |

Plaintiffs Susan Gellos and Taryn Foster ("Plaintiffs") and Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants"), by and through their respective counsel, hereby stipulate to extend the deadline for Phoenix Defendants to file a responsive pleading to Plaintiffs' Complaint up to and including and including August 26, 2024.

Following the parties' initial meet and confer communications, Plaintiffs have indicated they intend to file an Amended Complaint that limits and streamlines their claims. Just last week, Plaintiffs' counsel indicated he requires additional time to

1

consider the claims and to discuss the same with his clients. In an effort to streamline the litigation, Phoenix Defendants do not oppose his request for additional time.

For the Court's convenience, a proposed form of Order is lodged herewith.

DATED this 5th day of August, 2024.

                                Mills and Woods Law PLLC

By     */s/ Sean Woods (w/permission)*
       Sean Woods
       *Attorney for Plaintiff*

       Office of the Phoenix City Attorney
       Julie M. Kriegh, City Attorney

By     */s/ Karen Stillwell*
       Karen Stillwell
       Assistant City Attorney
       *Attorneys for Defendants City of Phoenix,*
       *Officer Christopher Turiano, and Officer*
       *William Gates*

## CERTIFICATE OF SERVICE

I hereby certify that on August 5, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Sean A. Woods
Mills and Woods Law PLLC
5055 North 12st Street, Suite 101
Phoenix, Arizona 85014
Attorneys for Plaintiffs

By:   */s/ Carol Aparicio*
KLS:ca #2452135_1.doc