IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

The Court having considered the parties' Stipulation to Extend Deadline for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants") to File a Responsive Pleading to Plaintiffs' Complaint (Third) (Doc. 14), Plaintiffs indication that an Amended Complaint is forthcoming, and good cause appearing,

**IT IS HEREBY ORDERED** granting the parties' Stipulation to Extend Deadline (Doc. 14). The Phoenix Defendants shall have until **August 26, 2024**, in which to file their responsive pleading to Plaintiffs' Complaint. There will be no further extensions.

Dated this 5th day of August, 2024.

_____
G. Murray Snow
Chief United States District Judge