Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO, AND REPLY IN SUPPORT OF, MOTION TO DISMISS**<br><br>(Assigned to the Honorable G. Murray Snow) |

THE COURT, having reviewed the Stipulation for Extension of Time to Respond to, and Reply in Support of, Motion to Dismiss (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the times within which Plaintiffs may file their Response to, and in which the Phoenix Defendants may file their Reply in support of, Phoenix Defendants' Motion to Dismiss Plaintiffs' Complaint, ECF No. 18, until up to and including September 23, 2024 and October 11, 2024 respectively.