# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation for Extension of Time to Respond to, and Reply in Support of, Motion to Dismiss (Doc. 19).

**IT IS ORDERED** granting the parties' Stipulation for Extension of Time to Respond to, and Reply in Support of, Motion to Dismiss (Doc. 19).

**IT IS FURTHER ORDERED** extending the times within which Plaintiffs may file their Response to, and in which the Phoenix Defendants may file their Reply in support of, Phoenix Defendants' Motion to Dismiss Plaintiffs' Complaint, ECF No. 18, until up to and including **September 23, 2024** and **October 11, 2024** respectively

Dated this 9th day of September, 2024.

G. Murray Snow
Chief United States District Judge