1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9
10
11
12
13
14

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

15
16
17
18
19
20

   **IT IS HEREBY ORDERED** setting this matter for Oral Argument on Defendants' Motion to Dismiss Plaintiffs' Complaint (Doc. 18) for **January 17, 2025 at 10:00 a.m.,** in Courtroom 602, Sandra Day O'Connor Federal Courthouse, 401 West Washington Street, Phoenix, Arizona 85003.  Each side shall have 15 minutes to argue their position.

   Dated this 6th day of December, 2024.

21
22
23

_G. Murray Snow_
G. Murray Snow
Senior United States District Judge

24
25
26
27
28