1
2
3
4
5
6                    **IN THE UNITED STATES DISTRICT COURT**
7                        **FOR THE DISTRICT OF ARIZONA**
8
9    Susan Gellos, et al.,                        No. CV-24-01529-PHX-GMS
10                        Plaintiffs,              **ORDER**
11   v.
12   City of Phoenix, et al.,
13                        Defendants.
14
15
16         Before the Court is Defendant Richard Lee Brunton's Motion to Set Aside Clerk's
17   Entry of Default (Doc. 12). All the prerequisites for granting a motion to set aside an entry
18   of default have been met.
19         **IT IS THEREFORE ORDERED** Defendant's Motion to Set Aside Default (Doc.
20   12) is **granted**. The Clerk of Court is directed to set aside the Entry of Default as to
21   Defendant Richard Lee Brunton (Doc. 9).
22         **IT IS FURTHER ORDERED** that no later than **January 13, 2025**, Defendant
23   shall file a responsive pleading to the Complaint.
24         Dated this 2nd day of January, 2025.
25
26                        _____
27                            G. Murray Snow
                         Senior United States District Judge
28