Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**PLAINTIFFS' NOTICE OF FILING FIRST AMENDED VERIFIED COMPLAINT**<br><br>(Assigned to the Honorable G. Murray Snow) |

Through undersigned counsel and pursuant to Rule 15.1(b) of the Local Rules of Civil Procedure, Plaintiffs Susan Gellos and Taryn Foster hereby give notice that this same day they filed "Plaintiffs' First Amended Verified Complaint" (the "Amended Complaint") in this action. A copy of the Amended Complaint, with additions to the original Complaint underlined and deletions thereto indicated via strikethrough, is attached as "**Exhibit 1**" hereto.

///

///

**RESPECTFULLY SUBMITTED** this 26th day of February 2025.

          **MILLS + WOODS LAW, PLLC**

        By */s/ Sean A. Woods*
          Robert T. Mills
          Sean A. Woods
          5055 North 12th Street, Suite 101
          Phoenix, AZ 85014
          *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 26, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Karen Johnson Stillwell
karen.stillwell@phoenix.gov
**OFFICE OF THE PHOENIX CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
duvelsa.rios@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003-1611
*Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

Robert B. Zelms
rzelms@zellaw.com
Fatima Badreddine
fatima@zellaw.com
**ZELMS ERLICH LENKOV**
jrawlings@zellaw.com
ddrake@zellaw.com
5415 E High St., Ste. 425
Phoenix, Arizona 85054
*Attorneys for Defendants Richard Lee Brunton and Jane Doe Brunton*

     /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556