Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**STIPULATION TO EXTEND TIME FOR RESPONSE TO CITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>(First Request)<br><br>(Assigned to the Honorable G. Murray Snow) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs Susan Gellos and Taryn Foster (collectively, "Plaintiffs") and Defendants City of Phoenix, Christopher John Turiano, and William Gates (collectively, "City Defendants") hereby stipulate and agree to extend the deadline for Plaintiffs to file their Response to City Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 32, until no later than April 4, 2025, in accordance with the [Proposed] Order attached hereto. Plaintiffs' counsel indicated he has multiple scheduling conflicts

and requested the extension, to which City Defendants do not object. Accordingly, this request is for good cause and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 26th day of March 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**OFFICE OF THE PHOENIX CITY ATTORNEY**

By  */s/ Karen Stillwell (w/ permission)*
    Karen Johnson Stillwell
    200 W Washington, Ste. 1300
    Phoenix, Arizona 85003-1611
    *Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Karen Johnson Stillwell
karen.stillwell@phoenix.gov
**OFFICE OF THE PHOENIX CITY ATTORNEY**
law.civil.minute.entries@phoenix.gov
duvelsa.rios@phoenix.gov
200 W Washington, Ste. 1300
Phoenix, Arizona 85003-1611
*Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

Robert B. Zelms
rzelms@zellaw.com
Fatima Badreddine
fatima@zellaw.com
**ZELMS ERLICH LENKOV**
jrawlings@zellaw.com
ddrake@zellaw.com
5415 E High St., Ste. 425
Phoenix, Arizona 85054
*Attorneys for Defendants Richard Lee Brunton and Jane Doe Brunton*

        /s/ Ben Dangerfield

3