MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, individually; Taryn Foster, individually,<br><br>Plaintiffs<br><br>vs.<br><br>City of Phoenix, a governmental agency; Christopher John Turiano and Jane Doe Turiano, husband and wife; William Gates and Jane Doe Gates, husband and wife; Richard Lee Brunton and Jane Doe Brunton, husband and wife; John and Jane Does 1-X; ABC Corporations I-X; XYZ Partnerships IX,<br><br>Defendants. | Case No.: CV-24-01529-PHX-GMS<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO CITY DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable G. Murray Snow) |

THE COURT, having reviewed the "Stipulation to Extend Time for Response to City Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiffs Susan Gellos and Taryn Foster (collectively, "Plaintiffs") shall have until no later than April 4, 2025 within which to file their Response to the Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 32, filed by Defendants City of Phoenix, Christopher John Turiano, and William Gates.