IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation to Extend Time for Response to City Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 33).

**IT IS ORDERED** granting parties' Stipulation to Extend Time for Response to City Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. 33).

**IT IS FURTHER ORDERED** that Plaintiffs shall have up to and including **April 4, 2025** within which to file their Response to the City Defendants' Motion to Dismiss (Doc. 32).

Dated this 26th day of March, 2025.

_____
G. Murray Snow
Senior United States District Judge