OFFICE OF THE PHOENIX CITY ATTORNEY
JULIE M. KRIEGH, City Attorney, State Bar No. 021175
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
Telephone (602) 262-6761
law.civil.minute.entries@phoenix.gov

Karen Stillwell, Assistant Chief Counsel, No. 022711
*Attorneys for Defendants City of Phoenix,
Officer Christopher Turiano, and Officer
William Gates*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Susan Gellos, et al., | No. CV-24-01529-PHX-GMS |
| Plaintiffs, | **STIPULATION TO EXTEND DEADLINE FOR PHOENIX DEFENDANTS TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |
| vs. | |
| City of Phoenix, et al., | |
| Defendants. | (First Request) |
| | (Assigned to the Honorable G. Murray Snow) |

Pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Defendants City of Phoenix, Christopher John Turiano, and William Gates (collectively, "Phoenix Defendants") and Plaintiffs Susan Gellos and Taryn Foster (collectively, "Plaintiffs"), hereby stipulate and agree to extend the deadline for Phoenix Defendants to file their Reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 35, up to and including April 30, 2025, in accordance with the [Proposed] Order attached hereto.

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

As the result of several scheduling conflicts, as well as commitments out of state on two separate occasions, Phoenix Defendants' counsel requested this extension and Plaintiffs do not object. This request is for good cause and not for purposes of delay.

DATED this 9th day of April, 2025.

JULIE M. KRIEGH, City Attorney

By: */s/ Karen Stillwell*
Karen Stillwell
Assistant Chief Counsel
*Attorneys for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates*

MILLS AND WOODS LAW PLLC

By: */s/ Sean Woods (w/permission)*
Sean Woods
*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing was sent to the following CM/ECF registrants:

Sean A. Woods
Mills and Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

2

OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

Robert B. Zelms
rzelms@zelmserlich.com
Fatima Badreddine
fatima@zelmserlich.com
ZELMS ERLICH LENKOV
jrawlings@zelmserlich.com
ddrake@zelmserlich.com
5415 E High St., Ste. 425
Phoenix, Arizona 85054
*Attorneys for Defendants Richard Lee Brunton and Jane Doe Brunton*

By: */s/ D. Rios*
KLS:dr 4916-3280-2100, v. 2