OFFICE OF THE CITY ATTORNEY
200 West Washington, Suite 1300
Phoenix, Arizona 85003-1611
(602) 262-6761

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Susan Gellos, et al., <br><br>　　　Plaintiffs, <br><br>　　vs. <br><br>City of Phoenix, et al., <br><br>　　　Defendants. | No.  CV-24-01529-PHX-GMS <br><br>**ORDER TO EXTEND PHOENIX DEFENDATS' DEADLINE TO FILE REPLY IN SUPPORT OF THEIR MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

　　　The Court having considered the parties' Stipulation to Extend Deadline for Defendants City of Phoenix, Officer Christopher Turiano, and Officer William Gates ("Phoenix Defendants") to File a Reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint (ECF No. 35), and good cause appearing,

　　　**IT IS HEREBY ORDERED** that Phoenix Defendants shall have until April 30, 2025, to file their Reply in support of their Motion to Dismiss Plaintiffs' First Amended Complaint.

1