1
2
3
4
5
6

### IN THE UNITED STATES DISTRICT COURT

7

### FOR THE DISTRICT OF ARIZONA

8
9 | Susan Gellos, et al.,

No. CV-24-01529-PHX-GMS

10 |           Plaintiffs,

**ORDER**

11 | v.

12 | City of Phoenix, et al.,

13 |           Defendants.

14

15       Before the Court is the parties' Stipulation to Extend Deadline for Phoenix
16 Defendants to File Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended
17 Complaint (Doc. 36).

18       **IT IS ORDERED** granting parties' Stipulation to Extend Deadline for Phoenix
19 Defendants to File Reply in Support of Their Motion to Dismiss Plaintiffs' First Amended
20 Complaint (Doc. 36).

21       **IT IS FURTHER ORDERED** that Phoenix Defendants shall have until **April 30,**
22 **2025**, to file their Reply in support of their Motion to Dismiss Plaintiffs' First Amended
23 Complaint.  There will be no further extension.

24       Dated this 9th day of April, 2025.

25
26                G. Murray Snow
27            Senior United States District Judge
28